```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DELTA AIR LINES,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :           21-mc-374 (VSB)
              -against-                                     :
                                                            :                **ORDER**
THE LIGHTSTONE GROUP, LLC,                                  :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2021
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the motion to compel filed on March 26, 2021 by Plaintiff.

Accordingly, it is hereby:

ORDERED Defendant The Lightstone Group, LLC, shall submit any response to Plaintiff's motion on or before April 9, 2021.

SO ORDERED.

Dated:   April 2, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge