**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DELTA AIR LINES, INC.,

          Plaintiff,

          -against-

THE LIGHTSTONE GROUP, LLC,

          Defendant.

------------------------------------------------------------x

21-MC-374 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to provide two courtesy copies of their respective papers to the Court by May 12, 2021. The courtesy copies shall include the unredacted papers with ECF headers where applicable. Parties are further directed to email a copy to Wang_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

Dated: May 10, 2021
      New York, New York

           _s/ Ona T. Wang_
           **Ona T. Wang**
           United States Magistrate Judge