**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DELTA AIR LINES, INC.,

         Plaintiff,

         -against-

THE LIGHTSTONE GROUP, LLC,

         Defendant.
------------------------------------------------------------x

21-MC-374 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

For the reasons stated on the record, Delta Air Lines' ("DAL") Motion to Seal (ECF 26) is **GRANTED.**

The parties are directed to file a monthly joint status letter with this Court on the 15th of each month. The Clerk of Court is directed to close ECF 26, but not the case.

      **SO ORDERED.**

Dated: July 23, 2021
      New York, New York

                                 _s/ Ona T. Wang_
                                 **Ona T. Wang**
                                 United States Magistrate Judge