UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DELTA AIR LINES, INC., :
:
          Plaintiff, :
: 21-MC-374 (RA) (OTW)
          -against- :
: **ORDER**
THE LIGHTSTONE GROUP, LLC, :
:
          Defendant. :
:
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to file a joint letter by **December 5, 2022**, on if Plaintiff has any outstanding discovery requests from Defendant The Lightstone Group, LLC.

**SO ORDERED.**

                                                                                           *s/ Ona T. Wang*

Dated: November 29, 2022                                                **Ona T. Wang**
         New York, New York                                  United States Magistrate Judge