UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA AIR LINES, INC., <br><br>   Plaintiff, <br><br> - against - <br><br> THE LIGHTSTONE GROUP, LLC, <br><br>   Defendant. | Case No. 1:21-MC-374 (RA) (OTW) <br><br> ECF Case <br><br> [PROPOSED] **ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL** |

Upon Plaintiff Delta Air Lines, Inc.'s application for an Order permitting the filing under seal of the December 22, 2021, Order issued by the U.S. District Court for the Northern District of Georgia in the related pending action captioned *Delta Air Lines, Inc. v. Marriott International, Inc., et al.*, Case No. 1:20-cv-01125 (the "Georgia Order"), it is hereby

**ORDERED** that the Motion for Leave to File Under Seal is **GRANTED**, and it is

**FURTHER ORDERED**, that the Georgia Order shall remain under seal unless and until the seal is lifted by Order of the Court.

Dated:   November 29   , 2022

_____
UNITED STATES MAGISTRATE JUDGE
Ona T. Wang