**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DELTA AIR LINES, INC.,

        Plaintiff,

        -against-

THE LIGHTSTONE GROUP, LLC,

        Defendant.

------------------------------------------------------------x

21-MC-374 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 78. Plaintiff requested that Defendant Lightstone produce two email chains from its privilege log. (*See* ECF 78). The parties shall produce the two email chains to the Court for *in camera* review by **9:00 a.m. Wednesday, December 14, 2022**. By the same time, the parties shall submit a joint letter of no more than three (3) pages explaining why each email chain is privileged or not. The letter may be filed under seal.

        **SO ORDERED.**

Dated: December 12, 2022
       New York, New York

      *s/ Ona T. Wang*
      **Ona T. Wang**
      United States Magistrate Judge