**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
DELTA AIR LINES, INC.,                                     :
                                                           :
                Plaintiff,     :        21-MC-374 (RA) (OTW)
                                                           :
                -against-      :        **ORDER**
                                                           :
THE LIGHTSTONE GROUP, LLC,                                 :
                                                           :
                Defendant.     :
                                                           :
                                                           :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

In an effort to close out this action, I ordered the parties to produce the two email chains in dispute to the Court for *in camera* review, and to submit a joint letter regarding the same. (ECF 80). The Court is in receipt of the parties' subsequent filings, which now includes a request for the Court to review all of the emails on Lightstone's privilege log. (*See* ECF 83, 84). Marriott International, Inc., has also filed a Motion to Intervene. (ECF 82).

The Court has reviewed the two email chains and concludes that they are privileged under attorney-client privilege. *See United States v. Schwimmer*, 892 F.2d 237, 243 (2d Cir. 1989). Accordingly, Marriott International, Inc.'s Motion to Intervene is **DENIED** as moot.

In light of this ruling, the Court also **DENIES** Plaintiff's request that the Court review all of the emails on Lightstone's privilege log. (ECF 84 at n.1). Such review would not be an efficient use of judicial resources. Moreover, Plaintiff has not articulated any reason to subject Lightstone's production to such a sweeping *in camera* review. This request, coming more than eighteen months after the order directing production, is untimely. Finally, the Court in the

Northern District of Georgia has greater familiarity with the issues in the case and Plaintiff may, at their peril, review such request before J. Ross.

The Clerk of Court is respectfully directed to close ECF 82.

**SO ORDERED.**

Dated: December 14, 2022
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge