UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DELTA AIR LINES, INC.,

                Plaintiff,

     v.

THE LIGHTSTONE GROUP, LLC,

                Defendant.

No. 21-MC-374 (RA) (OTW)

ORDER ADOPTING
REPORT AND RECOMMENDATION

---

RONNIE ABRAMS, United States District Judge:

      On March 26, 2021, Plaintiff Delta Air Lines, Inc. filed a motion to compel compliance with a nonparty subpoena issued to Defendant Lightstone Group, LLC, which Magistrate Judge Wang granted. On December 14, 2022, Judge Wang issued a report and recommendation (the "Report") recommending that this case be closed, "[b]ecause all outstanding disputes concerning Lightstone's subpoena response have been resolved, and any new disputes concerning a production ordered in the summer of 2021 would be untimely." ECF No. 88 at 2. As no objections to the Report have been filed, the Court reviews the Report for clear error. *See Smith v. Corizon Health Servs.*, No. 14-CV-8839 (GBD), 2015 WL 6123563, at *1 (S.D.N.Y. Oct. 16, 2015). After careful consideration of the record, the Court finds no error and thus adopts the Report in its entirety. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    January 9, 2023
            New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge